IN THE UNITED STATES DISTRICT COURT FOR
THE Middle DISTRICT OF TENNESSEE
AT Nashvill Division

RECEIVED
SEP 29 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Cedrick A Williams, )
________________, )
________________, )
PLAINTIFF, )
Tennessee Department of Correction )
Riverbend Maximum Security Institution )
VS. ) CIVIL ACTION
NO.________
Grievance chairman cpl. Shanrekia Ward )
Rothal Perkins #256162 )
S.T.G Spyers, )
Warden Security Corvelli Hayes )
DEFENDANT (S) )
Warden Michael Keys

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
42 U.S.C. ' 1983

I. Previous Lawsuits:

A. Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES ✓ NO___

B. If your answer to A is "Yes"; describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiffs: Cedrick A Williams
Defendants Riverbend Maximum Security institution, Tennessee Department
Defendants: of Correction Acting Unit Manager F/n/u Fleshman, Lt Stevens LT. Q, Head Counslor F/n/u Bates, Nurse Daimal, Nurse Jennifer, Nurse Marry officers 2nd Shift

2. Court (if Federal Court, name the District; if State Court Name the County): U.S. District Court Middle District of Tennessee of (Nashville)

3. Docket Number: #3:26-CV-00960

4. Name of Judge whom case was assigned : Waverly D. Crenshaw, JR

5. Disposition (for example; Was the case dismissed? Was it Appealed ? Is it still pending?) Its still Pending

6. Approximate date of filling lawsuit: 7-13-2026

7. Approximate date of disposition: 5/26/26

II. Place of Present Confinement: Riverbend Maximum Security Institution

A. Is there a prisoner grievance procedure in this Institution? YES ✓ NO___

B. Did you present the facts relating to your complaint in the Prison Grievance Procedure? YES ✓ NO___

C. If your answer is "YES":

1. What steps did you take? I Filed a grievance

2. What was the result? Grievance was deemed inappropriate And ignored so I wrote another Grievance About Confined and About my liberty interest And it was ignored

D. If your answer is "NO", explain why not:

III. Parties:

(In item A place your full name and address. Do the same for additional plaintiffs, if any. In item B below, place the full name of the Defendant in the blank marked B and his Official Position and place of Employment. Do the same for additional Defendants, if any).

A. Name of Plaintiff: Cedrick A Williams #388853

Address: Riverbend Maximum Security Institution 7575 Cockrill Bend Blvd, Nashville Tennessee 37209

Additional Plaintiffs:

B. Name of Defendant: Tennessee Department of Correction

Address: Rachel Jackson Building 6th Floor 320 6th AVE N. Nashville Tennessee 37243-0465

Additional Defendants: Riverbend Maximum Security Institution 7575 Cockrill Bend Blvd, Nashville Tennessee 37209

Grievance chairman Cpl. Shannrekia Ward 7575 Cockrill Bend Blvd, Nashville Tennessee 37209

ADDitional Defendants.

Rothal Perkins #256162 (Base)
7575 Cockrill Bend Blvd, Nashville Tennessee 37209

S.T.G Spyers
7575 Cockrill Bend Blvd. Nashville Tennessee 37209

Warden of Security Corvelli Hayes
7575 Cockrill Bend Blvd. Nashville Tennessee 37209

Warden Michael Keys
7575 Cockrill Bend Blvd. Nashville Tennessee 37209

Statement of Claim!

Im being Held At Rivebend MAximum Security institution on Administrative Segregation Protective Custody NOW FoR 6 months segreged against my well being with Out A disciplinary in Unite 3D Pod Cell 203 FoR 180 dAy this is A Liberty Interest lose of good time Credits lost of Phone Calls No Recreation But twice A week they hold me in my Cell 24 hours Aday My Credits is A Violation it Self ive wrote Grievance after Grievance to the Chairman Cpl. Shanrekia Ward and my Grievance'es was ignored oR deemed inappropriated also ive wrote S.T.G Spyers Security Warden Cornell Hayes, Warden Keys, also Rothal Perkins Badge# 256162 About me being Segregated in Confinement For So long these prison officals is responsible for the unnecessary and wanton infliction of my pain on Administrative Protective Custody with Out A noties oR hearing FoR over 180 now AlSo IVE wrote Inmate inquiry Information Request! Nothing! No Kinds of Response back no reply Nothing Now FoR months! I Also have proof of these things! This will prolong my time in prison this prison have not giving me no kind of procedures like A hearing no chance to present evidence to me they are just Retaliateing on me for my first Lawsuite punishing me For gang Affiliation this 180 days has prolonged my sentence and it is extremely harsh Confinement locked doors Long periods of time Solitary Confinement this is A Liberty interest 180 days Solitary Confinement with Out good time 5 min Phone Calls A week 30 min Phone Calls A month →

is punishment harsh punishment IVE lost over 60 pounds back hear in Segregation my mother have past away and i Could not even Call to check on my family dow to be Confined in Segregation thats why im filing a Liberty interest Lawsuite claim for Retaliation against me for Drawing up my last 42 §1983 Prisoner Civil Rights Law and im being held in segregation Confinement with no disciplinarys. Now for 180 days Cruel and unusual punishment

Date 9-18-26
Sign [signature]

V. Relief:

1. I am Seeking 60,000 From Cpl. Shanrekia Ward in punitve and Compensatory damages.

I Am Seeking 30,000 From Rothal Perkins Badge #256162 in Punitive and Compensatory damages.

2. I Am SeeKins 80,000 From Warden Security Corvelli HAYES in compensatory damages,

3. I Am Requesting 80,000 From Warden Michael Keys punitive damages

4. I Am Requesting 30,000 from S.T.G Spyers in punitive damages

5. I AM Requesting From the Tennessee Department of Correction generously Copensated for All My Good Time that was Lost or taken From Granted BACK FOR the months in the hole OR Segregation

I AM Seekin From Riverband MAximum Security Institution Ship me to A Anxe Compaund

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this [signature] day of 9-28, 2026

(Signature and address of Plaintiff (s))

Cedrick A Williams #TDOC 388853
RMSI Unit3
Rivebend MAximumSecurity Institution
7475 Cockrill Bend Boulevard
Nashville Tennessee 37209-1048

IN THE UNITED STATES DISTRICT COURT
FOR THE Middle DISTRICT OF TENNESSEE
Nashville DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. ' 1983

Cedrick A Williams #388853 )
)
)
)
(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)
)
Plaintiff(s) ) CIVIL ACTION NO:__________
Tennessee Department of Correction )
Riverband MAXIMUM Security Institution )
VS. )
Grievance chairman cpl. shanrekia WaRD )
Rothal Perkins # Badge 2561662 )
S.T.G Spyers )
Warden Security Corvelli Hayes )
Warden Michael Keys )
(NAME OF EACH DEFENDANT) )
Defendant(s) )

## I. GENERAL INFORMATION

1. Your full name and prison number(s): Cedrick A Williams #388853
2. Name and location of prison where you are now confined: Riverbend Maximum Security institution, 7475 Cockrill bend Blvd, Nashvill TN 37209
3. Sentence you are now serving (how long?): 30 years 45%

(a) What were you convicted of? Possession, Burglary,

(b) Name and location of court which imposed sentence: ~~Hamt~~ Hamlton County

(c) When was sentence imposed? 2023

(d) Did you appeal your sentence and/or conviction? _____Yes ✓ No

(e) What was the result of your appeal? N/A

N/A

(f) Approximate date your sentence will be completed: N/A

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the **SAME FACTS** involved in this lawsuit or otherwise related to your imprisonment? ✓ Yes _____ No

5. If your answer to question 4 is "yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

(a) Parties to the previous lawsuit:

Plaintiff(s): Cedrick A Williams #388853

Defendant Riverbend Maximum Security institution, Tennessee Department of

Defendant(s): correction Acting Unit Manager F/n/u Fleshman, LT f/n/u Stevens LT f/n/u Q

Head Counselor f/n/u Bates Nurse Darral Nurse Jennifer l/n/n Nurse Mary l/n/u Officers 2nd shift

(b) Name of Court: U.S. District Court Middle District of Tennessee Nashville

( c) Docket Number: 3:26-cv-00960 When did you file this lawsuit? 7-13-26

(d) Name of judge assigned to case: Waverly D. Cranshaw, JR.

(e) Is this case still pending? ✓ Yes __________ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) N/A

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you now confined? Riverbend Maximum Security institution

(a) How long have you been at this institution? 1 year

(b) Does this institution have a grievance procedure? ✓ Yes ___No

(c ) If your answer to question 6(b) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?

✓ Yes ____ No

(2) What was the result? Grievance was returned as non-grievable or deemed inappropriate to something else Beside what i Grieved About

(d) If your answer to question 6(b) is "No," explain why not: N/A

N/A

(e) What, if anything, have you done to bring your complaint(s) to the attention of Prison Officials? Give dates and places and the names of persons talked to: I have wrote IA Goodway IA Homes, S.T.G Spyers, Security Warden Hayes, Also Warden Michael Keys Warden Rothal Perkins, All ignores this Situation

7. In what other institutions have you been confined? Give dates of entry and exit.

N/A

N/A

N/A

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of **each** plaintiff in this lawsuit.

Mr. Cedrick A Williams #388853 RMSI Unit 3
Riverbend Maximum Security Institution
7475 Cockrill Bend Boulevard
Nashville, TN 37209-1048

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Tennessee Department of Correction,
Rachel Jackson Building 6th Floor 320 6th AVE
N. Nashville Tennessee 37243-0465

Riverbend Maximum Security Institution
7575 Cockrill Bend Blvd, Nashville TN 37209

Grievance chairman Cpl. Shannrekia Ward
7575 Cockrill Bend Blvd Nashville TN 37209

Rothal Perkins Badge 256162
7575 Cockrill Bend Blvd Nashville TN 37209

S.T.G Spyers
7575 Cockrill Bend Blvd. Nashville TN 37209

Warden of Security Corvelli Hayes
7575 Cockrill Bend Blvd. Nashville TN 37209

Warden Michael Keys
7575 Cockrill Bend Blvd. Nashville TN 37209

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, WHERE the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim **SEPARATELY**.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE SIMPLE, **CONCISE**, AND **DIRECT**. If the court needs additional information from you, you will be notified.

Where did the incident you are complaining about occur? That is, at what institution or institutions?

Riverbend MAXimum Security institution 7575 Cockrill Bend Blvd. NASHVille TN 37209

When do you allege this incident took place? MAY 26th 2026

What happened? ON MAY 26th 2026 i was placed on Administrative Segregation Protective Custody Now for 6 months Segreged against my well being with Out a disciplinary in Unite 3D Pod Cell 203 For 180 dAY this is A Liberty interest lose of good time Credits lost of Phone Calls No Recartion But twice A week A week Now! they hold me in my Cell 24 hours A dAY Credits is a Violation it Self ive wrote Grievance after Grievance to the Chairman Cpl. ShanreKia WARD and my Grievance was ignored oR deemed inappropriated also ive wrote S.T.G spyers Security Warden Corvelli HAyes, Warden Keys, also Rothal Perkins Badge #256162 About me being Segregated in Confinement FOR So long these prison officals, is Responsible for the unnecessary and wanton infliction of my pain! ON Administrative Protective Custody with —

(ATTachments) →

(What Happend ATTachment)

Out Noties or hearing for over 180 Now ALSO IVe wrote Inmate inquiry information Request form. Nothing! No Kinds of Response back no reply Nothing Now for months! I also have proof of these things! this will prolong my time in prison this prison OR institution have not giveing me no kind of procedures like A hearing no chance to present evidence to me they are just Retaliateing on me for my first Lawsuite punishing Me for gang Affiliation, this 180 day has prolonged my sentence and it is extremely harsh Confinement Locked doors 24 hours long periods of time Solitary Confinement locked doors this is A Liberty interest 180 days Solitary Confinement with out good time 5min. Phone Calls a week 30min Phone Calls A month is punishment harsh punishment IVE lost over 60 pounds back heck eating Cool food spoil mikes back hear in Segregation my mother have past away and i Could not even Call to Check on my family dow to be Confined in Segregation against my well beeing that is why im filing A Liberty interest Lawsuite 42 USC 1983 Complaining About this prison Vilation Claims for Retaliation against me for Drawing up my last Civil Rights U42 §1983 and im being held in Segregation with no disciplinarys now for over 180 days for it Cruelty and unusual punishment Behand lock doors like Im the bad guy

Sign [signature]

Date 9-18-26

ATTACH sheet (Briefly)

I am seeking 60,000 from Cpl. Shanrekia Ward in punitive and Compensatory damges.

I AM Seeking 30,000 from Rothal PerKins Badge #256762 in punitive and Compensatory damges

I Am Seeking 80,000 from Warden of Security Corvelli Hayes in Compensatory damges punitive

I Am Requesting 80,000 from warden Michael Keys in Compensatory Punitive damges

I Am Requesting 30,000 from S.T.G Spyers in punitive damages

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, **BRIEFLY** stating what you believe each person knows from having seen or heard what happened.

(USE ADDITIONAL SHEETS, IF NECESSARY)

All i Can SAY is witness is inmates hear in Segregation with me that no the Laws on the prison as i do that this is A Liberty Interest

12. **BRIEFLY** state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.

(USE ADDITIONAL SHEETS, IF NECESSARY)

I am demanding that all my Lost of good time Credits Be added to my sentence for each month ive served in Segregation disciplinary Free From the Tennessee Department of Correction

I am Requesting that Riverbend MAXIMUM Security Institution ship me to A Annxe Complex

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under ' 1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. **KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT.** That mean you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this 9 day of 18th, 20 26

[signature]

(Signature of Plaintiff)

Mr. Cedrick A Williams #388853
Riverbend Maximum Security institution
7475 Cockrill Bend Blvd
Nashville TN, 37209-1048

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 37243 $ 002.85⁰
02 7W
0008044102 SEP. 24 2026

RECEIVED
SEP 29 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

The Dept of Correct[illegible]
HAS NOT inspec[illegible]
censored and
responsible for the

Ms. Linda Hill
Clerk U.S. District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville Tennessee 37203

RECEIVED
SEP 22 2026
RMSI MAILROOM
OUTGOING LEGAL

The Dept of Corrections/RMSI
HAS NOT inspected nor
censored and is not
responsible for the contents

e Dept of Corrections/RMSI
HAS NOT inspected nor
censored and is not
esponsible for the contents

The Dept of Corrections/RMSI
HAS NOT inspected nor
censored and is not
responsible for the contents